JENNER & BLOCK LLP
Brandon D. Fox (SBN 290409)
BFox@jenner.com
Alexander M. Smith (SBN 295187)
ASmith@jenner.com
Kristen L. Green (SBN 328618)
KGreen@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:   (213) 239-5100

Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster, L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MADRIGAL, et al.,<br><br>     Plaintiffs,<br><br> v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.<br><br>     Defendants. | Case No. **CV 25-2375-GW-KSx**<br>Related Cases: CV 25-9807-GW-KSx;<br>CV 25-10757-GW-KSx<br><br>**ORDER GRANTING STIPULATION REGARDING CASE SCHEDULE**<br><br>Judge:  Hon. George Wu<br>Courtroom: 9D (First Street)<br>Trial Date: Not Set<br>PTC Date: Not Set |
| NADINE HOLMES, et al.,<br><br>     Plaintiffs,<br><br> v.<br><br>TICKETMASTER, LLC, et al.,<br><br>     Defendants. | |
| SHAWN ABBOTT, et al.,<br><br>     Plaintiffs,<br><br> v.<br><br>TICKETMASTER, LLC, et al.,<br><br>     Defendants. | |

Before the Court is a stipulation filed by the parties in *Madrigal v. Live Nation Entertainment, Inc.*, Case No. 2:25-cv-2375-GW-KS(x), *Holmes v. Ticketmaster LLC*, Case No. 2:25-cv-9807-GW-KS(x), and *Abbott v. Ticketmaster, LLC*, Case No. 2:25-cv-10757-GW-KS(x) concerning class certification briefing and discovery. Good cause appearing, the Court APPROVES the stipulation and ORDERS the following:

1. **Class Certification Briefing Schedule.** The case schedule in *Madrigal* is MODIFIED as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline for Plaintiffs to file Motion for Class Certification and Serve Related Expert Reports | December 19, 2025 | March 27, 2026 |
| Deadline for Defendants to file Opposition to Motion for Class Certification and Serve Related Expert Reports | February 13, 2026 | May 22, 2026 |
| Deadline for Plaintiffs to file Reply in Support of Motion for Class Certification | March 16, 2026 | June 25, 2025 |
| Hearing on Motion for Class Certification | March 30, 2026, at 8:30 a.m. | July 9, 2026, at 8:30 a.m. |
| Last Day to Conduct Settlement Conference/Mediation | April 21, 2026 | July 30, 2026 |
| Deadline to File Status Report re: Settlement Conference/Mediation | April 23, 2026 | July 31, 2026 |
| Post-Mediation Status Conference | April 27, 2026 at 8:30 a.m. | August 6, 2026 at 8:30 a.m. |

The schedule above is also hereby SET in *Holmes* and *Abbott*.

2. **Class Certification Briefing**. In light of the parties' agreement to engage in coordinated class certification briefing, the word limits of Local Rule 11-6.1 are hereby modified as follows with respect to the class certification briefs: (a) Plaintiffs' brief(s) in support of their class certification motions shall not exceed 11,200 words; (b) Defendants'

1

opposition brief(s) shall not exceed 11,200 words; and (c) Plaintiffs' reply brief(s) shall not exceed 5,600 words.  These word limits shall apply to each side regardless of whether Plaintiffs and/or Defendants choose to file separate briefs or omnibus briefs.

3. **Coordination of Discovery**.  The parties shall coordinate discovery in the *Madrigal*, *Holmes*, and *Abbott* actions.  Plaintiffs shall seek to coordinate any additional discovery requests to avoid duplicative requests.  Discovery produced by Defendants in any action (including all discovery produced to date in *Madrigal*) may be shared with counsel in all three actions subject to the terms of the existing protective order in *Madrigal*.

4. **30(b)(6) Depositions of Defendants**.  Plaintiffs' counsel shall work together in good faith to coordinate a single Rule 30(b)(6) deposition covering the three actions and to minimize duplicative questioning.  Defendants shall work cooperatively with Plaintiffs to finalize the topics, to establish the length of the deposition(s), and to resolve any other aspects of the deposition as necessary.  This coordination may require a second day of testimony for Defendants' Rule 30(b)(6) designee(s).  The depositions of Defendants' Rule 30(b)(6) witnesses shall take place in January or February of 2026, and no later than February 28, 2026.  To the extent Defendants' Rule 30(b)(6) designee(s) cannot authenticate any documents produced by Defendants in discovery, and Defendants refuse to stipulate to their authenticity, Plaintiffs may seek an additional deposition of appropriate records custodians.

5. **Other Fact Depositions Prior to Plaintiffs' Motion(s) for Class Certification.**  Depositions of the named Plaintiffs in all three actions taken in connection with class certification shall be taken by Defendants prior to Plaintiffs' filing of their opening class certification brief(s).  The parties shall work together cooperatively in scheduling any such depositions.  The parties shall postpone until after class certification, if granted, depositions of any other fact witnesses. Notwithstanding the foregoing, Plaintiffs may seek fact witness depositions to the extent Defendants' 30(b)(6) witness(es) are insufficiently prepared to a degree that prejudices Plaintiffs' ability to obtain the

discovery necessary for their class certification motion. Any such fact witness depositions will be noticed only upon agreement of Defendants or with leave of Court.

6. **Pleadings in *Holmes*.** Prior to the transfer of the *Holmes* action to this District, Defendants filed a motion to dismiss, which remains pending. The pending motion to dismiss in *Holmes* is DENIED as moot. Plaintiff Holmes may file any amended complaint on or before December 3, 2025. Defendants shall answer the complaint, or any amended complaint in *Holmes*, on or before January 16, 2025. The plaintiffs in *Holmes* have agreed that, in the event they amend their complaint, it will be only to add new plaintiffs and not new claims.

7. **Pleadings in *Abbott*.** Pursuant to the parties' stipulation under Local Rule 8-3, which appears as ECF No. 11 on the docket in *Abbott*, Defendants shall answer the complaint in *Abbott* on or before December 5, 2025.

8. **Post-Certification Discovery**. In order to facilitate the expeditious resolution of Plaintiffs' class certification motion(s), the Parties will defer the resolution of certain discovery disputes until after the Court rules on Plaintiffs' class certification motion(s). This includes, but is not limited to, the *Madrigal* Plaintiffs' request to take the deposition of certain fact witnesses and any disputes regarding the Defendants' discovery responses that are not resolved prior to class certification. Defendants maintain and reserve their objections to any discovery that Plaintiffs may seek to conduct after the Court rules on Plaintiffs' motion(s) for class certification.

IT IS SO ORDERED:

Dated: November 26, 2025         By: _____
                                     HON. GEORGE H. WU,
                                     United States District Judge