1
2
3
4
5
6
7

# UNITED STATES DISTRICTR COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ABBOTT, et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>TICKETMASTER, LLC, et al.,<br><br>                Defendants. | Case No.: CV 25-10757-GW-KSx<br>Related Cases: **CV 25-2375-GW-KSx**<br>                        CV 25-9807-GW-KSx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PAGE LIMITS ON CLASS CERTIFICATION MOTION BRIEFING**<br><br>Judge: Hon.  George Wu<br>Courtroom:  9D (First Street)<br>Trial Date:  Not Set<br>PTC Date:  Not Set |
| MICHELLE MADRIGAL, et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>TICKETMASTER, LLC, et al.,<br><br>                Defendants. | |
| NADINE HOLMES, et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>TICKETMASTER, LLC, et al.,<br><br>                Defendants. | |

1  Before the Court is a stipulation filed by the parties in *Madrigal v. Live Nation Entertainment, Inc.*, Case No. 2:25-cv-2375-GW-KS(x), *Holmes v. Ticketmaster LLC*, Case No. 2:25-cv-9807-GW-KS(x), and *Abbott v. Ticketmaster, LLC*, Case No. 2:25-cv-10757-GW-KS(x) concerning the word counts for class certification briefing. Good cause appearing, the Court APPROVES the stipulation and ORDERS the following:

   1. The Court's Order Granting Stipulation Regarding Case Schedule, ECF No. 66, is amended to extend the word counts associated with the opening and opposition class certification briefs. Plaintiffs' brief(s) in support of their class certification motions shall not exceed 14,000 words, Defendants' opposition brief(s) shall not exceed 14,000 words and Plaintiffs' reply brief(s) shall not exceed 7,000 words. All other parts of the Court's Order Granting Stipulation Regarding Case Schedule, ECF No. 66 remain the same.

IT IS SO ORDERED:

Date: February 27, 2026        By: _____
                                    HON. GEORGE H. WU,
                                    United States District Judge