JENNER & BLOCK LLP
Brandon D. Fox (SBN 290409)
BFox@jenner.com
Alexander M. Smith (SBN 295187)
ASmith@jenner.com
Kristen L. Green (SBN 328618)
KGreen@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:   (213) 239-5100

Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster, L.L.C.

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MADRIGAL, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.<br><br>                    Defendants. | Case No. **CV 25-2375-GW-KSx**<br>Related Cases: CV 25-9807-GW-KSx;<br>CV 25-10757-GW-KSx<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE DECLARATIONS SUPPORTING SEALING**<br><br>Judge:          Hon. George Wu<br>Courtroom:    9D (First Street)<br>Trial Date:     Not Set<br>PTC Date:     Not Set |
| NADINE HOLMES, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>TICKETMASTER, L.L.C., et al.,<br><br>                    Defendants. | |
| SHAWN ABBOTT, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>TICKETMASTER, L.L.C., et al.,<br><br>                    Defendants. | |

Before the Court is a stipulation filed by the parties in *Madrigal v. Live Nation Entertainment, Inc.*, Case No. 2:25-cv-2375-GW-KS(x), *Holmes v. Ticketmaster LLC*, Case No. 2:25-cv-9807-GW-KS(x), and *Abbott v. Ticketmaster, LLC*, Case No. 2:25-cv-10757-GW-KS(x) requesting that Defendants' time to file their declarations pursuant to Local Rule 79-5.2.2(b)(i) in response to plaintiffs' applications to file documents under seal (Case No. 2:25-cv-10757-GW-KS(x), Dkt. No. 45; Case No. 2:25-cv-2375, Dkt. Nos. 113–14) be extended to Friday May 15, 2026.

Good cause appearing, the Court APPROVES the stipulation and ORDERS as follows: Defendants shall file their declarations pursuant to Local Rule 79-5.2.2(b)(i) in response to plaintiffs' applications to file documents under seal (Case No. 2:25-cv-10757-GW-KS(x), Dkt. No. 45; Case No. 2:25-cv-2375, Dkt. Nos. 113–14) by Friday May 15, 2026.

IT IS SO ORDERED:

Dated: May 6, 2026                    By: _____

HON. GEORGE H. WU,
United States District Judge

1

[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE DECLARATIONS SUPPORTING SEALING
CASE NOS. 2:25-cv-02375-GW (KSx), 2:25-cv-09807-GW (KSx), 2:25-cv-10757-GW (KSx)