UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-2375-GW-KSx | Date | June 15, 2026 |
|---|---|---|---|
| Title | *Michelle Madrigal, et al. v. Ticketmaster LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - FINAL RULING ON DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(B)(1) [93]**

After reviewing the moving/opposition/reply documents and considering the arguments of counsel at today's hearing, the Court adopts the Tentative Ruling (ECF No. 137) as its final decision on Defendants' Motion to Dismiss. The Court DENIES IN PART and GRANTS IN PART Defendants' motion to dismiss for lack of jurisdiction as delineated above.

:

Initials of Preparer    JG

CV-90 (06/04)                                **CIVIL MINUTES - GENERAL**                                Page 1 of 1